[No. 14971-4-III.    Division Three.    December 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
ANTONIO LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 95-1-00123-1, Evan E. Sperline, J., entered
June 5, 1995. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.

[No. 14560-3-III.    Division Three.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. L.R.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 94-1-00294-6, John E. Bridges, J.,
entered November 28, 1994. *Affirmed* by unpublished
opinion per Schultheis, A.C.J., concurred in by Munson
and Kurtz, JJ.

[No. 14919-6-III.    Division Three.    December 19, 1996.]

JAMES L. HALKA, *Appellant*, v. MICHAEL MATKOWSKI,
*Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 94-2-01291-3, Carolyn A. Brown, J.,
entered May 11, 1995. *Affirmed* by unpublished opinion
per Schultheis, A.C.J., concurred in by Munson and Kurtz,
JJ.

[No. 34569-9-I.    Division One.    December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDELL J.
SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06969-0, Michael Hayden, J., entered
April 28, 1994. *Reversed* by unpublished per curiam
opinion.